### 13358. HARRELL v. LISTER.

BLOODWORTH, J. Trover not being maintainable by one without title to the property or the right of possession, and it not appearing in this case that either title or the right of possession was in the plaintiff, a verdict for him was without evidence to support it. *Palmour* v. *Durham Fertilizer Co.,* 97 *Ga.* 244 (2) (22 S. E. 931); *Dudley* v. *Isler,* 21 *Ga. App.* 615 (3) (94 S. E. 827), and cases cited.

*Judgment reversed. Broyles, C. J., and Luke, J., concur.*

DECIDED OCTOBER 5, 1922.

Trover; from Colquitt superior court — Judge Thomas. January 24, 1922.

*Dowling, Askew & Whelchel, DeLoache & Roddenbery,* for plaintiff in error.

*Ragan & Lewis,* contra.